■ In the Matter of ITALIAN BENEVOLENT INSTITUTE, Respondent. ALFONSO FACCHETTI-GUIGLIA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally and Stevens, JJ.

■ ASSOCIATED METALS WESTERN HEMISPHERE CORPORATION, Appellant, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Appeal dismissed, without costs, as academic in view of the decision of this court on Appeal No. 2058, decided simultaneously herewith. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ DAN DE BONO et al., Appellants, v. LOUIS BITTNER, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [13 Misc 2d 333.]

■ In the Matter of CORNELIUS DAVERN et al., Similarly Situated, Appellants, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel, Civil Service Commission of the City of New York, et al., Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROSE BESSERMAN, Appellant, v. SYLVIA KAPIT et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ BILLIE J. PAUSTENBACH, Appellant, v. ROBERT M. MILLER, Respondent.— Judgment dismissing the complaint affirmed, without costs. Concur — Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.; McNally, J., dissents in the following memorandum: At the close of petitioner's case, the trial court denied defendant's motion to dismiss her prima facie case. Defendant rested, adduced no proof whatever, renewed the motion to dismiss, and thereupon the court dismissed the complaint and discharged defendant. (Stern v. Klenk, 277 App. Div. 1095.) I vote to reverse and order a new trial on the ground that the determination is against the weight of the evidence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SILVERMAN and PAUL D'ACOSTA, Appellants.— Judgments unanimously reversed and information dismissed on the ground that the evidence fails to establish the guilt of the defendants beyond a reasonable doubt. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of LOLA TOLIVER, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees under the Will of GEORGE S. SCOTT, Deceased. ST. THOMAS CHURCH in the City and County of New York, Appellant; LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, for ULTIMATE CHARITABLE BENEFICIARIES, et al., Respondents.— Intermediate decree unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the fund; and the appeal taken from the decision dated June 23, 1959 is unanimously dismissed as no appeal lies from a decision. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ. [19 Misc 2d 18.]